KROLOFF, BELCHER, SMART,
PERRY & CHRISTOPHERSON
A Professional Law Corporation
Allison Cherry Lafferty, SBN 204252
Jamie M. Bossuat, SBN 267458
7540 Shoreline Drive
Stockton, CA  95219
Phone: (209) 478-2000
Facsimile: (209) 478-0354

HARTLINE BARGER LLP
Jeff Patterson (*Pro Hac Vice*)
Drew Thomas (*Pro Hac Vice*)
8750 N. Central Expy., Suite 1600
Dallas, TX 75231
T: (214) 346-3778
F: (214) 267- 4278
Email: jpatterson@hartlinebarger.com
Email: dthomas@hartlinebarger.com

Attorneys for Defendant Navistar, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| OCD MOVING SERVICES LLC. a California Limited Liability Corporation,<br><br>    Plaintiff,<br><br>vs<br><br>NAVISTAR INC   and DOES 1 through 10 inclusive<br><br>    Defendants. | Case No. 2:20-cv-01307-KJM-JDP<br><br>**STIPULATION AND ORDER EXTENDING THE TIME TO ANSWER PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>Removal Filed:  October 15, 2019<br><br><br>Judge Hon. Kimberly J. Mueller |
|---|---|

Plaintiff OCD Moving Services LLC ("Plaintiff") and Defendant Navistar, Inc. ("Navistar") by and through their counsel of record, hereby stipulate to extend the time provided in Rule 15(a)(3) for Navistar to respond the Second Amended Complaint to 14 days after service of the Court's Ruling on Navistar's Motion to Dismiss to Second Amended Complaint pursuant to Rule 12(b)(6).

-1-   Case No. 2:20-cv-01307-KJM-JDP
**Stipulation to Extend Time to Respond to the Second Amended Complaint**

Dated: February 16, 2021        **BIGGS LAW OFFICE, A.P.C.**

**By;**            /s/  *Michael S. Biggs*
        MICHAEL S. BIGGS
        Attorney for OCD Moving Services, LLC

Dated:    February 18, 2021     **KROLOFF, BELCHER, SMART,
PERRY & CHRISTOPHERSON
A Professional Law Corporation**

By:            /s/  *Allison Cherry Lafferty*
    ALLISON CHERRY LAFFERTY
    Attorney for Defendant
    Navistar, Inc.

**ORDER**

IT IS SO ORDERED.

DATED:  February 18, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE